UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR KAMAL KAMEL MIKHAIL,<br><br>      Petitioner,<br><br>v.<br><br>PAM BONDI, et al.,<br><br>      Respondents. | No. 1:26-cv-01072-DJC-EFB<br><br><br>ORDER |

      Petitioner Amir Kamal Kamel Mikhail is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1)  The Court has previously addressed the legal issues raised the Petition. *See Garcia Mariagua v. Chestnut*, No. 1:25-cv-01744-DJC-CSK, 2025 WL 3551700 (E.D. Cal. Dec. 11, 2025); *Ortega v. Noem*, No. 1:25-cv-01663-DJC-CKD, 2025 WL 3511914 (E.D. Cal. Dec. 8, 2025); *Lopez v. Lyons*, 2025 WL 3124116, No. 2:25-cv-03174-DJC-CKD (E.D. Cal. Nov. 7, 2025).

      Pursuant to 28 U.S.C. § 2243, the Court directed Respondents to file a return showing cause why the Court should not grant a writ of habeas corpus as to Count 2 and identify any factual or legal issues in this case that distinguish it from the Court's prior orders.  (ECF No. 7.)  Respondents note a 2025 state arrest of Petitioner but

otherwise concede that "there appears to be no substantive distinctions between this case and the cases cited by the Court in its minute order[.]" (ECF No. 9 at 2.)

Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would substantively distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Count 3, for the reasons stated in those prior orders.[1]

Within five (5) days of this Order, Respondents shall afford Petitioner Amir Kamal Kamel Mikhail a constitutionally adequate bond hearing pursuant to 8 U.S.C. § 1226(a) before an Immigration Judge. The Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or risk of flight, and Petitioner shall be allowed to have counsel present.

The Clerk of the Court is directed to close this case and enter judgment for Petitioner. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **February 12, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] In the interests of judicial economy, the Court declines to address the remaining grounds for relief in the Petition.