1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  AMIR KAMAL KAMEL MIKHAIL,              No. 1:26-cv-01072-DJC-EFB
12              Petitioner,
13  v.                                     ORDER
14  PAM BONDI, et al.,
15              Respondents.
16

17         On February 12, 2026, the Court granted the Petition for Writ of Habeas Corpus
18  and ordered that Petitioner be provided with a constitutionally adequate bond
19  hearing pursuant to 8 U.S.C. § 1226(a). (ECF No. 11.) In doing so, the Court expressly
20  ordered that at such a hearing "Petitioner shall be allowed to have counsel present."
21  (*Id.* at 2.) Petitioner appeared before an Immigration Judge on February 17, 2026.
22  However, Petitioner's counsel was not present as they had not been provided
23  advanced notice of the hearing time and were on an airplane at the time the hearing
24  occurred. (ECF No. 15 at 4.)
25         The Court does not construe Petitioner's present motion as seeking review of
26  the Immigration Judge's decision at the bond hearing, but whether Respondents have
27  complied with the Court's prior order. As the Court is not reviewing the propriety of
28

the Immigration Judge's bond determination, the Court has jurisdiction over the motion.

Failure to provide adequate notice such that Petitioner's Counsel could appear at the bond hearing represents non-compliance with the Court's order.  Contrary to Respondents' suggestion, Petitioner's Counsel was not provided sufficient notice of the date and time of the bond hearing by the mere fact that the Court ordered a hearing within five days.

Accordingly, Petitioner's Motion to Enforce Judgment (ECF No. 13) is GRANTED.  Respondents are ORDERED to provide Petitioner with a constitutionally adequate bond hearing pursuant to 8 U.S.C. § 1226(a) within seven days of this order. Respondents must provide Petitioner's Counsel with at least 48 hours' notice of the date, time, and place of the bond hearing.  If the parties' are unable to provide Petitioner with a bond hearing within seven days in accordance with this order, they may *jointly* request a modification of this schedule.

IT IS SO ORDERED.

Dated:   **February 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2